```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03691
  JOE A LUCKEY
  PAMELA R LUCKEY                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-1952    SSN XXX-XX-9384
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/06/06 and confirmed on 06/12/06.

2. The case was dismissed after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 22500.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 8312.43 | .00 | 8312.43 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 6509.03 | .00 | 5695.41 |
| SUNTERRA FINANCIAL SERVI | SECURED | .00 | .00 | .00 |
| SUNTERRA FINANCIAL SERVI | SECURED | 1200.00 | .00 | 1200.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 2036.59 | 215.11 | 1726.24 |
| INTERNAL REVENUE SERVICE | PRIORITY | 677.80 | 19.48 | 677.80 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 512.14 | 19.17 | 29.09 |
| CAPITAL ONE BANK | UNSECURED | 1125.66 | 42.08 | 63.96 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 217.79 | 8.55 | 12.37 |
| FIRST EXPRESS | UNSECURED | 497.07 | 18.57 | 28.24 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 6235.58 | 271.92 | 354.28 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SOUTHWEST SURGICAL ASSOC | UNSECURED | 191.00 | 7.20 | 10.83 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3936.39 | 171.63 | 223.65 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 426.91 | 19.14 | 23.83 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 273.49 | 9.52 | 7.26 |
| B LINE LLC | UNSECURED | 346.90 | 11.31 | 9.20 |

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
```
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18058.05 | 677.80 | 13762.93 | .00 | 32498.78 |
| PRINCIPAL PAID | 16934.08 | 677.80 | 762.71 | .00 | 18374.59 |
| INTEREST PAID | 215.11 | 19.48 | 579.09 | .00 | 813.68 |
| TOTAL PAID | 17149.19 | 697.28 | 1341.80 | .00 | 19188.27 |

The Debtor's attorney, JOHN A REED                        , was allowed $   3000.00
and was paid $    561.00   direct and $   2439.00   through the plan.

The Trustee received $    872.73 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE